IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MEARS Technologies, Inc., <br><br> Plaintiff, <br><br> v. <br><br> FINISAR CORPORATION, <br><br> Defendant. | Civil No. 2:13-cv-376 <br><br> JURY TRIAL DEMANDED |

## ORDER GRANTING PLAINITFF'S MOTION FOR LEAVE TO FILE UNDER SEAL ITS COMPLAINT

ON THIS DAY came on to be considered the Plaintiff MEARS Technologies, LLC ("MEARS") Unopposed Motion for Leave to File Under Seal its Complaint and the Court is of the opinion that the Motion should be GRANTED.

Accordingly, IT IS ORDERED that MEARS's Complaint and any accompanying exhibits shall be filed under seal.