IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MEARS TECHNOLOGIES, INC., *Plaintiff* vs. FINISAR CORPORATION, *Defendant* | Civil Action No. 2:13-CV-376-JRG |

**ORDER GRANTING JOINT MOTION TO ADJOURN ALL OUTSTANDING CASE DEADLINES PENDING THE COURT'S RULING ON FINISAR CORPORATION'S PENDING MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

The Court, having considered Plaintiff Mears Technologies, Inc. and Defendant Finisar Corporation's Joint Motion to Adjourn All Outstanding Case Deadlines Pending the Court's Ruling on Finisar Corporation's Pending Motion for Summary Judgment of Non-Infringement (D.I. 106), is of the opinion that the motion should be **GRANTED and hereby ORDERS that:**

All outstanding dates on the Court's Docket Control Order (D.I. 37), including, without limitation, Finisar's deadline for filing its Reply briefs in support of its pending motions to exclude expert testimony (D.I. 114 & 115), shall be **ADJOURNED** pending the Court's ruling on the merits of Finisar Corporation's Motion for Summary Judgment of Non-Infringement (D.I. 106).

**So ORDERED and SIGNED this 27th day of October, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE

2