IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| MEARS TECHNOLOGIES, INC., <br><br> *Plaintiff* <br><br> v. <br><br> FINISAR CORPORATION, <br><br> *Defendant* | Civil Action No. 2:13-cv-376-JRG |

## STIPULATION REGARDING PATENT ASSERTION

Plaintiff, Mears Technologies, Inc. ("Mears"), brought this suit alleging that Finisar Corp. ("Finisar") had infringed U.S. Patent No. 6,141,361 ("the '361 patent"). Thereafter the Court construed the disputed claim limitations of that patent. *See* ECF Docket No. 74 at 24. Mears then filed a motion for leave to amend its infringement contentions to account for the Court's claim construction. ECF Docket No. 95. The Court denied the motion to amend as being untimely. *See* ECF Docket No. 121. Following the Court's denial of the motion to amend, Mears filed two lawsuits against Finisar's downstream customers alleging infringement of the '361 patent against, *inter alia*, Finisar's downstream customers — *Mears Technologies, Inc. v. Verizon Services Corp.,* 2:14-cv-00937 (JRG) (EDTX, Filed October 8, 2014) and *Mears Technologies, Inc. v. AT&T Corp.* (2:14-cv-00938) (JRG) (EDTX, Filed October 8, 2014) (the "Carrier Suits."). After several conferences of counsel, Mears filed amended complaints in the Carrier Suits to clarify that those suits do not implicate Finisar's WaveShaper and Wavelength Selective Switch products, and products containing them, e.g., ROADM line cards, ("Finisar Products").

The parties stipulate that:

(1) In the event a final judgment of non-infringement of the '361 patent by the Finisar Products is entered in this action and is affirmed on appeal, Mears will not pursue any claim of infringement of the '361 Patent by any Finisar Product or by any product substantially equivalent thereto against any party.

(2) Apart from its pursuit of an appeal of the orders in this action, Mears will not assert or pursue any claim of infringement of the '361 patent by the Finisar Products against any party until such time as it prevails on its appeal of the orders in this action. In the event that Mears asserts or pursues a claim of infringement of the '361 patent by the Finisar Products or any product substantially equivalent thereto, Finisar reserves all rights to pursue any course of action in response to such assertion.

Dated: December 8, 2014                Respectfully submitted,

                                       /s/ Etai Lahav

                                       David C. Radulescu
                                       david@radulescullp.com
                                       Etai Lahav
                                       etai@radulescullp.com
                                       Tigran Vardanian
                                       tigran@radulescullp.com
                                       RADULESCU LLP
                                       Empire State Building, Suite 6910
                                       350 Fifth Avenue
                                       New York, NY 10118
                                       Phone: (646) 502-5950
                                       Fax: (646) 502-5959

                                       Harry L. Gillam, Jr.
                                       GILLAM & SMITH LLP
                                       303 South Washington Avenue

Marshall, Texas 75670
Phone: (903) 934-8450
Fax: (903) 934-9257
gil@gillamsmithlaw.com

***Attorneys for Defendant Finisar Corporation***

Rolf O. Stadheim
stadheim@stadheimgrear.com
George C. Summerfield
summerfield@stadheimgrear.com
Kyle L. Harvey
harvey@stadheimgrear.com
STADHEIM & GREAR
400 N. Michigan Avenue, Suite 2200
Chicago, IL  60611
Phone: 312/755-4400
Fax: 312/755/4408

Andrew W. Spangler
Spangler Law P.C. – Longview
208 N. Green Street, Suite 300
Longview, TX  75601
Phone: 903-753-9300
Fax: 903-553-0403
spangler@spanglerlawpc.com

***Attorneys for Plaintiff Mears Technologies, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of the foregoing motion and associated documents via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this 8th day of December, 2014.

 /s/ Etai Lahav
Etai Lahav